Howard E. Cole
State Bar No. 4950
Jennifer K. Hostetler
State Bar No. 11994
Lewis Roca Rothgerber Christie LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8200
Fax: 702.949.8398
E-mail: hcole@lrrc.com
E-mail: jhostetler@lrrc.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DANIEL GONZALEZ and JEFFREY HUGHES, on behalf of themselves and others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>DIAMOND RESORTS INTERNATIONAL MARKETING, INC., DIAMOND RESORTS INTERNATIONAL, INC., DIAMOND RESORTS CORPORATION, AND WEST MAUI RESORTS PARTNERS, L.P.,<br><br>Defendants. | Case No. 2:18-cv-00979-GMN-VCF<br><br>**(1) ACCEPTANCE OF SERVICE OF SUMMONS AND COMPLAINT AND (2) STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT**<br><br>**(FIRST REQUEST)** |

Jennifer K. Hostetler, Esq., of the law firm Lewis Roca Rothgerber Christie LLP, counsel for Defendants Diamond Resorts International Marketing, Inc., Diamond Resorts International, Inc., Diamond Resorts Corporation, and West Maui Resorts Partners, L.P., hereby acknowledges receipt and accepts service of the Summons and Complaint filed in the above matter on behalf of all Defendants.

105703781_2

Based upon the foregoing, the Parties, by and through their respective counsel of record, stipulate and agree that the deadline for Defendants to answer or otherwise respond to the Complaint (Doc. 1) be extended from August 9, 2018 to September 9, 2018.

The Parties affirm that this stipulation and request for an extension is not being made for purposes of delay or harassment. Defendants require additional time to prepare and file a responsive pleading. This is the Parties' first request for an extension of time with respect to the Complaint.

Dated this 9th day of August 2018.

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

/s/ Jennifer K. Hostetler
HOWARD E. COLE
JENNIFER K. HOSTETLER
Nevada Bar No. 11994
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Attorneys for Defendants

Dated this 9th day of August 2018.

**DICKINSON WRIGHT PLLC**

/s/ Michael N. Feder
MICHAEL N. FEDER
Nevada Bar No. 7332
8363 West Sunset Road, Suite 200
Las Vegas, NV 89113

MARTIN D. HOLMES
(Admitted Pro Hac Vice)
Tennessee Bar No. 012122
PETER F. KLETT
(Admitted Pro Hac Vice)
Tennessee Bar No. 012688
Fifth Third Center, Suite 800
424 Church Street
Nashville, TN 37219
Attorneys for Plaintiffs

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
DATE: August 10, 2018