| | |
|---|---|
| 1 | MICHAEL N. FEDER |
|   | Nevada Bar No. 7332 |
| 2 | **DICKINSON WRIGHT PLLC** |
|   | 8363 West Sunset Road, Suite 200 |
| 3 | Las Vegas, NV 89113 |
|   | Telephone: 702-550-4440 |
| 4 | Facsimile:  844-670-6009 |
|   | Email:  mfeder@dickinson-wright.com |
| 5 | |
|   | MARTIN D. HOLMES (*Admitted Pro Hac Vice*) |
| 6 | Tennessee Bar No. 012122 |
|   | PETER F. KLETT (*Admitted Pro Hac Vice*) |
| 7 | Tennessee Bar No. 012688 |
|   | **DICKINSON WRIGHT PLLC** |
| 8 | Fifth Third Center, Suite 800 |
|   | 424 Church Street |
| 9 | Nashville, TN 37219 |
|   | Telephone:  615-244-6538 |
| 10 | Facsimile:   844-670-6009 |
|   | Email: mdholmes@dickinsonwright.com |
| 11 | pklett@dickinsonwright.com |
| 12 | *Attorneys for Plaintiffs, Putative Collective Class Members* |
|   | *and Putative Hawaii Class Members* |
| 13 | |
|   | Howard E. Cole |
| 14 | State Bar No. 4950 |
|   | Jennifer K. Hostetler |
| 15 | State Bar No. 11994 |
|   | **LEWIS ROCA ROTHGERBER CHRISTIE LLP** |
| 16 | 3993 Howard Hughes Pkwy., Suite 600 |
|   | Las Vegas, NV  89169-5996 |
| 17 | Tel:  702.949.8200 |
|   | Fax:  702.949.8398 |
| 18 | E-mail: hcole@lrrc.com |
|   | Email: jhostetler@lrrc.com |
| 19 | |
|   | Kirstin E. Muller* |
| 20 | Alison M. Hamer* |
|   | Benjamin J. Treger* |
| 21 | California State Bar No. 285283 |
|   | **HIRSCHFELD KRAEMER LLP** |
| 22 | 233 Wilshire Boulevard, Suite 600 |
|   | Santa Monica, CA  90401 |
| 23 | Tel:  310.255.0705 |
|   | Fax:  310.266.0986 |
| 24 | E-mail: kmuller@hkemploymentlaw.com |
|   | E-mail: ahamer@hkemploymentlaw.com |
| 25 | E-mail: btreger@hkemploymentlaw.com |
|   | *Has complied with LR IA 11-2 |
| 26 | |
|   | *Attorneys for Defendants* |

| | |
|---|---|
| DANIEL GONZALEZ and JEFFREY HUGHES,<br><br>Plaintiffs,<br><br>vs.<br><br>DIAMOND RESORTS INTERNATIONAL MARKETING, INC., DIAMOND RESORTS INTERNATIONAL, INC., DIAMOND RESORTS CORPORATION, and WEST MAUI RESORTS PARTNERS, L.P.,<br><br>Defendants. | Case No.  2:18-cv-00979-GMN-VCF<br><br>**JOINT MOTION FOR FOUR-DAY EXTENSION TO SUBMIT A DISCOVERY PLAN AND SCHEDULING ORDER** |

UNITED STATES DISTRICT COURT,

DISTRICT OF NEVADA

The parties file this Joint Motion for a Four-Day Extension to Submit a Proposed Discovery Plan and Scheduling Order.  The current deadline is October 22, 2018.  The parties request an extension through October 26, 2018.

The parties have worked amicably to develop a proposed discovery plan and scheduling order and have made substantial progress in that regard.  The parties, however, need additional time to work out the final details, including the possibility of an early resolution of this case through mediation.

Accordingly, the parties request a four-day extension from October 22, 2018 to October 26, 2018.

Dated:  October 22, 2018.

| | |
|---|---|
| DICKINSON WRIGHT PLLC | HIRSCHFELD KRAEMER LLP |
| /s/ Martin D. Holmes<br>MICHAEL N. FEDER<br>Nevada Bar No. 7332<br>8363 West Sunset Road, Suite 200<br>Las Vegas, NV 89113<br><br>MARTIN D. HOLMES<br>(*Admitted Pro Hac Vice*)<br>Tennessee Bar No. 012122<br>PETER F. KLETT<br>(*Admitted Pro Hac Vice*)<br>Tennessee Bar No. 012688<br>Fifth Third Center, Suite 800<br>424 Church Street<br>Nashville, TN 37219 | /s/ Alison Megan Hamer<br>ALISON M. HAMER<br>(*Admitted Pro Hac Vice*)<br>California Bar No. 258281<br>BENJAMIN J. TREGER<br>(*Admitted Pro Hac Vice*)<br>California Bar No. 285283<br>KIRSTIN E. MULLER<br>(*Admitted Pro Hac Vice*)<br>California Bar No. 186373<br>Hirschfeld Kramer LLP<br>233 Wilshire Boulevard, Suite 600<br>Santa Monica, California 90401<br><br>HOWARD E. COLE<br>Nevada Bar No. 4950<br>JENNIFER K. HOSTETLER<br>Nevada Bar No. 11994<br>3993 Howard Hughes Pkwy, Suite 600<br>Las Vegas, NV 89169-5996 |
| *Attorneys for Plaintiffs, Putative Collective Class Members and Putative Hawaii Class Members* | *Attorneys for Defendants* |

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 10-23-2018

3

CASE NO. 2:18-cv-00979-CMN-VCF

# CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2018, I caused a true and accurate copy of the foregoing, JOINT MOTION FOR FOUR-DAY EXTENSION TO SUBMIT A PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER, to be filed with the Clerk of the Court via the Court's CM/ECF system, which sent an electronic copy of the same to the following counsel of record:

Michael N. Feder
DICKINSON WRIGHT PLLC
8363 West Sunset Road, Suite 200
Las Vegas, NV 89113
Phone: (702) 550-4440
Fax: (844) 670-6009
Email: mfeder@dickinson-wright.com

Martin D. Holmes
Peter F. Klett
DICKINSON WRIGHT PLLC
Fifth Third Center, Suite 800
424 Church Street
Nashville, TN 37219
Phone: (615) 244-6538
Fax: (844) 670-6009
Email: mdholmes@dickinsonwright.com
Email: pklett@dickinsonwright.com

Howard E. Cole
Jennifer K. Hostetler
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169-5996
Phone: (702) 949-8200
Fax: (702) 949-8398
Email: hcole@lrrc.com
Email: jhostetler@lrrc.com

Alison Megan Hamer
Benjamin Joseph Treger
Kirstin Elisabeth Muller
HIRSCHFELD KRAMER LLP
233 Wilshire Boulevard, Suite 600
Santa Monica, California 90401
Phone: (310) 255-0705
Fax: (310) 255-0986
Email: ahamer@HKemploymentlaw.com
Email: btreger@HKemploymentlaw.com
Email: kmuller@HKemploymentlaw.com

Dated this 22nd day of October, 2018.

/s/ Martin D. Holmes
Martin D. Holmes

CASE NO. 2:18-cv-00979-CMN-VCF