MICHAEL N. FEDER
Nevada Bar No. 7332
**DICKINSON WRIGHT PLLC**
8363 West Sunset Road, Suite 200
Las Vegas, NV 89113
Telephone: 702-550-4440
Facsimile: 844-670-6009
Email: mfeder@dickinson-wright.com

MARTIN D. HOLMES (*Admitted Pro Hac Vice*)
Tennessee Bar No. 012122
PETER F. KLETT (*Admitted Pro Hac Vice*)
Tennessee Bar No. 012688
**DICKINSON WRIGHT PLLC**
Fifth Third Center, Suite 800
424 Church Street
Nashville, TN 37219
Telephone: 615-244-6538
Facsimile: 844-670-6009
Email: mdholmes@dickinsonwright.com
pklett@dickinsonwright.com

*Attorneys for Plaintiffs, Putative Collective Class Members and Putative Hawaii Class Members*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL GONZALEZ and JEFFREY HUGHES, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DIAMOND RESORTS INTERNATIONAL MARKETING, INC., DIAMOND RESORTS INTERNATIONAL, INC., DIAMOND RESORTS CORPORATION, and WEST MAUI RESORTS PARTNERS, L.P.,<br><br>Defendants. | Case No. 2:18-cv-00979-GMN-VCF<br><br>**AMENDED STIPULATION AND ORDER DISMISSING DIAMOND RESORTS INTERNATIONAL, INC. AND DIAMOND RESORTS CORPORATION WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs DANIEL GONZALEZ and JEFFREY HUGHES, on behalf of themselves and others similarly situated "(Plaintiffs"), and DIAMOND RESORTS INTERNATIONAL MARKETING, INC., DIAMOND



1

RESORTS INTERNATIONAL, INC., DIAMOND RESORTS CORPORATION, and WEST MAUI RESORTS PARTNERS, L.P., ("Defendants"), by and through their respective counsel, as to the following:

1. Plaintiffs have instituted this action against Defendants Diamond Resorts International Marketing, Inc., Diamond Resorts International, Inc., Diamond Resorts Corporation, and West Maui Resorts Partner, L.P.

2. Plaintiffs have sued on behalf of themselves and all similarly situated current and former, non-exempt Sales Representatives ("Collective Class Members") who worked on-site at one or more Diamond resorts (and/or affiliated resorts) at any time since May 29, 2015 (the "FLSA Recovery Period").

3. Plaintiff Daniel Gonzalez has sued on behalf of himself and all similarly situated current and former, non-exempt Sales Representatives ("Hawaii Class Members") who worked on-site at one or more Diamond resorts (and/or affiliated resorts) in the state of Hawaii at any time since May 29, 2012 (the "Hawaii Class Recovery Period").

4. Plaintiffs have alleged that all four (4) Defendants were employers of Plaintiffs and the putative Collective Class Members as defined by the FLSA.

5. Plaintiffs have alleged that all four (4) Defendants were employers of Plaintiff Daniel Gonzalez and the putative Hawaii Class Members as defined by the Hawaii Wage and Hour Law.

6. Defendants deny that Diamond Resorts International, Inc. or Diamond Resorts Corporation employed Plaintiffs, the putative Collective Class Members or the putative Hawaii Class Members; that Defendant Diamond Resort International, Inc. or Diamond Resorts Corporation were employers of Plaintiffs and the Collective Class Members as defined by the FLSA; and that Defendant Diamond Resort International, Inc. or Diamond Resorts Corporation were employers of Plaintiff Daniel Gonzalez and the putative Hawaii Class Members as defined by the Hawaii Wage and Hour Law.

7. Defendants, however, admit and stipulate that Diamond Resorts International Marketing, Inc. was and/or is the employer of Plaintiff and putative Collective Class Members who worked in the continental United States as defined by the FLSA. Defendants further admit

and stipulate that West Maui Resorts Partners, Inc. was and/or is the employer of Plaintiff Daniel Gonzalez and the putative Collective Class Members who worked in Hawaii as defined by the FLSA, and that West Maui Resorts Partners, Inc. was and/or is the employer of Plaintiff Daniel Gonzalez and the putative Hawaii Class Members who worked in Hawaii as defined by the Hawaii Wage and Hour Law.

8. Based on Defendants' representations above, Plaintiffs agree to dismiss Diamond Resorts International, Inc. and Diamond Resorts Corporation without prejudice.

9. Each party is to bear its own fees and costs.

DATED this 4th day of October 2018.

| DICKINSON WRIGHT PLLC | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
|---|---|
| /s/ *Michael N. Feder* | /s/ *Alison Megan Hamer* |
| MICHAEL N. FEDER<br>Nevada Bar No. 7332<br>8363 West Sunset Road, Suite 200<br>Las Vegas, NV 89113 | HOWARD E. COLE<br>Nevada Bar No. 4950<br>JENNIFER K. HOSTETLER<br>Nevada Bar No. 11994<br>3993 Howard Hughes Pkwy, Suite 600<br>Las Vegas, NV 89169-5996 |
| MARTIN D. HOLMES (*Admitted Pro Hac Vice*)<br>Tennessee Bar No. 012122<br>PETER F. KLETT (*Admitted Pro Hac Vice*)<br>Tennessee Bar No. 012688<br>Fifth Third Center, Suite 800<br>424 Church Street<br>Nashville, TN 37219 | ALISON MEGAN HAMER<br>(*Admitted Pro Hac Vice*)<br>California Bar No. 258281<br>BENJAMIN JOSEPH TREGER<br>(*Admitted Pro Hac Vice*)<br>California Bar No. 285283<br>KIRSTIN ELISABETH MULLER<br>(*Admitted Pro Hac Vice*)<br>California Bar No. 186373<br>Hirschfeld Kramer LLP<br>233 Wilshire Boulevard, Suite 600<br>Santa Monica, California 90401 |
| *Attorneys for Plaintiffs, Putative Collective Class Members and Putative Hawaii Class Members* | *Attorneys for Defendants* |

**IT IS SO ORDERED**

Dated this __25__ day of October, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

