MICHAEL N. FEDER
Nevada Bar No. 7332
**DICKINSON WRIGHT PLLC**
8363 West Sunset Road, Suite 200
Las Vegas, NV 89113
Telephone: 702-550-4440
Facsimile: 844-670-6009
Email: mfeder@dickinson-wright.com

MARTIN D. HOLMES (*Admitted Pro Hac Vice*)
Tennessee Bar No. 012122
PETER F. KLETT (*Admitted Pro Hac Vice*)
Tennessee Bar No. 012688
**DICKINSON WRIGHT PLLC**
Fifth Third Center, Suite 800
424 Church Street
Nashville, TN 37219
Telephone: 615-244-6538
Facsimile: 844-670-6009
Email: mdholmes@dickinsonwright.com
       pklett@dickinsonwright.com

*Attorneys for Plaintiffs, Putative Collective Class Members and Putative Hawaii Class Members*

Howard E. Cole
State Bar No. 4950
Jennifer K. Hostetler
State Bar No. 11994
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8200
Fax: 702.949.8398
E-mail: hcole@lrrc.com
Email: jhostetler@lrrc.com

Kirstin E. Muller*
Alison M. Hamer*
Benjamin J. Treger*
California State Bar No. 285283
**HIRSCHFELD KRAEMER LLP**
233 Wilshire Boulevard, Suite 600
Santa Monica, CA 90401
Tel: 310.255.0705
Fax: 310.266.0986
E-mail: kmuller@hkemploymentlaw.com
E-mail: ahamer@hkemploymentlaw.com
E-mail: btreger@hkemploymentlaw.com
*Has complied with LR IA 11-2

*Attorneys for Defendants*

|     |     |
| --- | --- |
| DANIEL GONZALEZ and JEFFREY HUGHES,<br><br>              Plaintiffs,<br><br>vs.<br><br>DIAMOND RESORTS INTERNATIONAL MARKETING, INC., DIAMOND RESORTS INTERNATIONAL, INC., DIAMOND RESORTS CORPORATION, and WEST MAUI RESORTS PARTNERS, L.P.,<br><br>              Defendants. | Case No. 2:18-cv-00979-GMN-VCF<br><br>**JOINT MOTION FOR SEVEN-DAY EXTENSION TO SUBMIT A PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER** |

The parties file this Joint Motion for a Seven-Day Extension to Submit a Proposed Discovery Plan and Scheduling Order. This is the second request for extension. The original deadline was October 22, 2016. The current deadline is October 26, 2018. The parties request an extension through November 2, 2018.

The parties have worked amicably to develop a proposed discovery plan and scheduling order and have made substantial progress in that regard. The parties, however, need additional time to work out the final details, including the possibility of an early resolution of this case through mediation.

Accordingly, the parties request a seven-day extension from October 26, 2018 to November 2, 2018.

Dated: October 26, 2018.

IT IS SO ORDERED.

DATED: Oct 30, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| DICKINSON WRIGHT PLLC | HIRSCHFELD KRAEMER LLP |
| /s/ Martin D. Holmes | /s/ Alison Megan Hamer |
| MICHAEL N. FEDER<br>Nevada Bar No. 7332<br>8363 West Sunset Road, Suite 200<br>Las Vegas, NV 89113<br><br>MARTIN D. HOLMES<br>(*Admitted Pro Hac Vice*)<br>Tennessee Bar No. 012122<br>PETER F. KLETT<br>(*Admitted Pro Hac Vice*)<br>Tennessee Bar No. 012688<br>Fifth Third Center, Suite 800<br>424 Church Street<br>Nashville, TN 37219<br><br>*Attorneys for Plaintiffs, Putative Collective Class Members and Putative Hawaii Class Members* | ALISON M. HAMER<br>(*Admitted Pro Hac Vice*)<br>California Bar No. 258281<br>BENJAMIN J. TREGER<br>(*Admitted Pro Hac Vice*)<br>California Bar No. 285283<br>KIRSTIN E. MULLER<br>(*Admitted Pro Hac Vice*)<br>California Bar No. 186373<br>Hirschfeld Kramer LLP<br>233 Wilshire Boulevard, Suite 600<br>Santa Monica, California 90401<br><br>HOWARD E. COLE<br>Nevada Bar No. 4950<br>JENNIFER K. HOSTETLER<br>Nevada Bar No. 11994<br>3993 Howard Hughes Pkwy, Suite 600<br>Las Vegas, NV 89169-5996<br><br>*Attorneys for Defendants* |

# CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2018, I caused a true and accurate copy of the foregoing, JOINT MOTION FOR FOUR-DAY EXTENSION TO SUBMIT A PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER, to be filed with the Clerk of the Court via the Court's CM/ECF system, which sent an electronic copy of the same to the following counsel of record:

| | |
|---|---|
| Michael N. Feder<br>DICKINSON WRIGHT PLLC<br>8363 West Sunset Road, Suite 200<br>Las Vegas, NV 89113<br>Phone: (702) 550-4440<br>Fax: (844) 670-6009<br>Email: mfeder@dickinson-wright.com | Martin D. Holmes<br>Peter F. Klett<br>DICKINSON WRIGHT PLLC<br>Fifth Third Center, Suite 800<br>424 Church Street<br>Nashville, TN 37219<br>Phone: (615) 244-6538<br>Fax: (844) 670-6009<br>Email: mdholmes@dickinsonwright.com<br>Email: pklett@dickinsonwright.com |
| Howard E. Cole<br>Jennifer K. Hostetler<br>LEWIS ROCA ROTHGERBER CHRISTIE LLP<br>3993 Howard Hughes Pkwy., Ste. 600<br>Las Vegas, NV 89169-5996<br>Phone: (702) 949-8200<br>Fax: (702) 949-8398<br>Email: hcole@lrrc.com<br>Email: jhostetler@lrrc.com | Alison Megan Hamer<br>Benjamin Joseph Treger<br>Kirstin Elisabeth Muller<br>HIRSCHFELD KRAMER LLP<br>233 Wilshire Boulevard, Suite 600<br>Santa Monica, California 90401<br>Phone: (310) 255-0705<br>Fax: (310) 255-0986<br>Email: ahamer@HKemploymentlaw.com<br>Email: btreger@HKemploymentlaw.com<br>Email: kmuller@HKemploymentlaw.com |

Dated this 26th day of October, 2018.

s/ Alison Megan Hamer
ALISON M. HAMER

CASE NO. 2:18-cv-00979-CMN-VCF