MICHAEL N. FEDER
Nevada Bar No. 7332
DICKINSON WRIGHT PLLC
8363 West Sunset Road, Suite 200
Las Vegas, NV 89113
Telephone: 702-550-4440
Facsimile: 844-670-6009
Email: mfeder@dickinson-wright.com

MARTIN D. HOLMES (*Pro Hac Vice admitted*)
Tennessee Bar No. 012122
PETER F. KLETT (*Pro Hac Vice admitted*)
Tennessee Bar No. 012688
DICKINSON WRIGHT PLLC
Fifth Third Center, Suite 800
424 Church Street
Nashville, TN 37219
Telephone: 615-244-6538
Facsimile: 844-670-6009
Email: mdholmes@dickinsonwright.com
pklett@dickinsonwright.com

*Attorneys for Plaintiffs, Putative Collective Class Members and Putative Hawaii Class Members*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL GONZALEZ and JEFFREY HUGHES, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DIAMOND RESORTS INTERNATIONAL MARKETING, INC., DIAMOND RESORTS INTERNATIONAL, INC., DIAMOND RESORTS CORPORATION, and WEST MAUI RESORTS PARTNERS, L.P.,<br><br>Defendants. | Case No. 2:18-cv-00979-APG-CWH<br><br>STIPULATION AND ORDER EXTENDING DEADLINES FOR PLAINTIFFS TO FILE MOTION FOR CLASS CERTIFICATION AND EXPERT DISCLOSURE DEADLINES |

1

Plaintiffs and Defendants HEREBY STIPULATE AND AGREE, by and through their respective counsel, as to the following:

1. Per the Discovery Plan and Scheduling Order, Plaintiffs' Motion for Class Certification is currently due for filing on or before July 29, 2019. *See Doc. 38, Discovery Plan and Scheduling Order, p. 5, Para. 2.b.9.*

2. Plaintiffs' counsel have advised Defendants' counsel that they have scheduling conflicts, including the fact that lead counsel for Plaintiff will be out of state related to another federal action on July 28 and 29, 2019, which will create difficulty with the completion and filing of Plaintiffs' Motion for Class Certification and related filings in support of Plaintiffs' Motion.

3. In addition, the Court has recently entered an Stipulated Protective Order governing the exchange and use of confidential documents (*see Doc. 48*), and Plaintiffs have indicated that they anticipate that some documents produced by Defendants following entry of the Stipulated Agreed Protective Order may be used in conjunction with Plaintiffs' Motion for Class Certification.

4. A brief, one-week extension will not affect the ultimate disposition of this case or the remaining deadlines contained in the Discovery Plan and Scheduling Order.

5. Defendants do not oppose Plaintiffs' request for a brief one-week extension.

6. Per the Discovery Plan and Scheduling Order, the parties are required to exchange expert disclosures by July 29, 2019 and rebuttal expert disclosures by August 28, 2019. Given the current status of the case, including Plaintiffs' pending Motion for Conditional Certification related to the FLSA claims of Plaintiffs and putative collective class members, the parties are unable to complete expert disclosures at this time. The parties request that the Court extend the expert disclosure deadline to August 27, 2019, and the rebuttal expert disclosure deadline to September 27, 2019.

7. Based on the foregoing, Defendants stipulate to the brief one-week extension from July 29, 2019 to August 5, 2019 for Plaintiffs' request for an order extending the deadline for

Plaintiffs to file their Motion for Class Certification from July 29, 2019 to August 5, 2019, and the parties stipulate and request that the Court extend the expert disclosure deadline from July 29, 2019, to August 27, 2019, and the rebuttal expert disclosure deadline from August 28, 2019, to September 27, 2019.

IT IS SO STIPULATED this 25th day of July 2019.

| DICKINSON WRIGHT PLLC | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
|---|---|
| /s/ Martin D. Holmes<br>MICHAEL N. FEDER<br>Nevada Bar No. 7332<br>8363 West Sunset Road, Suite 200<br>Las Vegas, NV 89113<br><br>MARTIN D. HOLMES<br>(*Admitted Pro Hac Vice*)<br>Tennessee Bar No. 012122<br>PETER F. KLETT<br>(*Admitted Pro Hac Vice*)<br>Tennessee Bar No. 012688<br>Fifth Third Center, Suite 800<br>424 Church Street<br>Nashville, TN 37219<br><br>*Attorneys for Plaintiffs,*<br>*Putative Collective Class Members*<br>*and Putative Hawaii Class Members* | /s/ Alison M. Hamer<br>HOWARD E. COLE<br>Nevada Bar No. 4950<br>JENNIFER K. HOSTETLER<br>Nevada Bar No. 11994<br>3993 Howard Hughes Pkwy, Suite 600<br>Las Vegas, NV 89169-5996<br><br>KIRSTIN E. MULLER<br>(*Admitted Pro Hac Vice*)<br>California Bar No. 186373<br>ALISON M. HAMER<br>(*Admitted Pro Hac Vice*)<br>California Bar No. 258281<br>BENJAMIN J. TREGER<br>(*Admitted Pro Hac Vice*)<br>California Bar No. 285283<br>Hirschfeld Kramer LLP<br>233 Wilshire Boulevard, Suite 600<br>Santa Monica, California 90401<br><br>*Attorneys for Defendants* |

3

IT IS SO ORDERED:

_____
CARL W. HOFFMAN
United States Magistrate Judge

DATED: July 29, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2019, I caused a true and accurate copy of the foregoing STIPULATION AND ORDER EXTENDING DEADLINES FOR PLAINTIFFS TO FILE MOTION FOR CLASS CERTIFICATION AND EXPERT DISCLOSURE DEADLINES to be filed with the Clerk of the Court via the Court's CM/ECF system, which sent an electronic copy of same to the following counsel of record:

HOWARD E. COLE
JENNIFER K. HOSTETLER
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

ALISON MEGAN HAMER (*Admitted Pro Hac Vice*)
BENJAMIN JOSEPH TREGER (*Admitted Pro Hac Vice*)
KIRSTIN ELISABETH MULLER (*Admitted Pro Hac Vice*)
HIRSCHFELD KRAMER LLP
233 Wilshire Boulevard, Suite 600
Santa Monica, California 90401

*Attorneys for Defendants*

                                        /s/ Martin D. Holmes
                                        Martin D. Holmes

NASHVILLE 77850-1 698405v1