MICHAEL N. FEDER
Nevada Bar No. 7332
DICKINSON WRIGHT PLLC
8363 West Sunset Road, Suite 200
Las Vegas, NV 89113
Telephone: 702-550-4440
Facsimile: 844-670-6009
Email: mfeder@dickinson-wright.com

MARTIN D. HOLMES (*Pro Hac Vice admitted*)
Tennessee Bar No. 012122
PETER F. KLETT (*Pro Hac Vice admitted*)
Tennessee Bar No. 012688
DICKINSON WRIGHT PLLC
Fifth Third Center, Suite 800
424 Church Street
Nashville, TN 37219
Telephone: 615-244-6538
Facsimile: 844-670-6009
Email: mdholmes@dickinsonwright.com
pklett@dickinsonwright.com

*Attorneys for Plaintiffs, Putative Collective Class Members
and Putative Hawaii Class Members*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL GONZALEZ and JEFFREY HUGHES, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DIAMOND RESORTS INTERNATIONAL MARKETING, INC., DIAMOND RESORTS INTERNATIONAL, INC., DIAMOND RESORTS CORPORATION, and WEST MAUI RESORTS PARTNERS, L.P.,<br><br>Defendants. | Case No. 2:18-cv-00979-APG-NJK<br><br>STIPULATION AND ORDER EXTENDING DEADLINE FOR PLAINTIFFS TO FILE A REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION |

1

Plaintiffs and Defendants HEREBY STIPULATE AND AGREE, by and through their respective counsel, as to the following:

1. Defendants filed their Opposition to Plaintiffs' Motion for Rule 23 Class Certification of Hawaii State Law Wage and Hour Claims on August 20, 2019 (*Doc. 60*).

2. Per Local Rule 7-2(b), Plaintiffs' reply in support of Plaintiffs' Motion for Class Certification is due on or before August 27, 2019.

3. Plaintiffs' counsel have advised Defendants' counsel that they have scheduling conflicts, including the fact that lead counsel for Plaintiffs will be out of state for the preparation and taking of depositions in another federal action from August 22 to August 26, 2019, which will create difficulty with the completion and filing of Plaintiffs' reply in support of Plaintiffs' Motion on or before August 27, 2019.

4. A brief, one-day extension will not affect the ultimate disposition of this case or the remaining deadlines contained in the Discovery Plan and Scheduling Order.

5. Defendants do not oppose Plaintiffs' request for a brief one-day extension.

6. Based on the foregoing, Defendants stipulate to the brief one-day extension from August 27, 2019 to August 28, 2019 for Plaintiffs to file their reply in support of Plaintiffs' Motion for Class Certification.

IT IS SO STIPULATED this 23rd day of August 2019.

| DICKINSON WRIGHT PLLC | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
|---|---|
| /s/ Martin D. Holmes <br> MICHAEL N. FEDER <br> Nevada Bar No. 7332 <br> 8363 West Sunset Road, Suite 200 <br> Las Vegas, NV 89113 <br><br> MARTIN D. HOLMES <br> (*Admitted Pro Hac Vice*) <br> Tennessee Bar No. 012122 <br> PETER F. KLETT <br> (*Admitted Pro Hac Vice*) <br> Tennessee Bar No. 012688 <br> Fifth Third Center, Suite 800 <br> 424 Church Street <br> Nashville, TN 37219 <br><br> *Attorneys for Plaintiffs,* <br> *Putative Collective Class Members* <br> *and Putative Hawaii Class Members* | /s/ Alison M. Hamer <br> HOWARD E. COLE <br> Nevada Bar No. 4950 <br> JENNIFER K. HOSTETLER <br> Nevada Bar No. 11994 <br> 3993 Howard Hughes Pkwy, Suite 600 <br> Las Vegas, NV 89169-5996 <br><br> KIRSTIN E. MULLER <br> (*Admitted Pro Hac Vice*) <br> California Bar No. 186373 <br> ALISON M. HAMER <br> (*Admitted Pro Hac Vice*) <br> California Bar No. 258281 <br> BENJAMIN J. TREGER <br> (*Admitted Pro Hac Vice*) <br> California Bar No. 285283 <br> Hirschfeld Kramer LLP <br> 233 Wilshire Boulevard, Suite 600 <br> Santa Monica, California 90401 <br><br> *Attorneys for Defendants* |

IT IS SO ORDERED:

_____

UNITED STATES DISTRICT JUDGE

Dated: August 26, 2019.