MICHAEL N. FEDER
Nevada Bar No. 7332
DICKINSON WRIGHT PLLC
8363 West Sunset Road, Suite 200
Las Vegas, NV 89113
Telephone:     702-550-4440
Facsimile:     844-670-6009
Email:         mfeder@dickinson-wright.com

MARTIN D. HOLMES (*Pro Hac Vice admitted*)
Tennessee Bar No. 012122
PETER F. KLETT (*Pro Hac Vice admitted*)
Tennessee Bar No. 012688
DICKINSON WRIGHT PLLC
Fifth Third Center, Suite 800
424 Church Street
Nashville, TN 37219
Telephone:     615-244-6538
Facsimile:     844-670-6009
Email:         mdholmes@dickinsonwright.com
               pklett@dickinsonwright.com

*Attorneys for Plaintiffs, Putative Collective Class Members
and Putative Hawaii Class Members*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL GONZALEZ and JEFFREY HUGHES, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DIAMOND RESORTS INTERNATIONAL MARKETING, INC., DIAMOND RESORTS INTERNATIONAL, INC., DIAMOND RESORTS CORPORATION, and WEST MAUI RESORTS PARTNERS, L.P.,<br><br>Defendants. | Case No. 2:18-cv-00979-APG-NJK<br><br>STIPULATION AND ORDER EXTENDING DEADLINE FOR THE PARTIES TO SUBMIT PROPOSED COLLECTIVE CLASS NOTICES AND CONSENT FORM |

1

Plaintiffs and Defendants HEREBY STIPULATE AND AGREE, by and through their respective counsel, as to the following:

1. By Order entered on July 29, 2019, the Court granted Plaintiffs' Motion for Conditional Certification and ordered the parties to confer and submit proposed notices and consent form by August 28, 2019. *Doc. 52, p. 11*.

2. The parties have conferred and the process is ongoing. The parties, however, need additional time.

3. Subject to the Court's approval, the parties need through September 11, 2019 to submit agreed upon notices and consent form or to submit briefs on the areas where there is disagreement as to their contents for the Court's resolution.

4. Based on the foregoing, the parties stipulate to an extension from August 28, 2019 to September 11, 2019, to submit agreed upon notices and consent form, and unless an agreement can be reached as to the entire contents of same, to file briefs on the areas where there is disagreement for the Court's resolution.

IT IS SO STIPULATED this 28th day of August, 2019.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: August 29, 2019.

| | |
|---|---|
| DICKINSON WRIGHT PLLC | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
| /s/ Martin D. Holmes | /s/ Alison M. Hamer |
| MICHAEL N. FEDER | HOWARD E. COLE |
| Nevada Bar No. 7332 | Nevada Bar No. 4950 |
| 8363 West Sunset Road, Suite 200 | JENNIFER K. HOSTETLER |
| Las Vegas, NV 89113 | Nevada Bar No. 11994 |
| | 3993 Howard Hughes Pkwy, Suite 600 |
| MARTIN D. HOLMES | Las Vegas, NV 89169-5996 |
| (*Admitted Pro Hac Vice*) | |
| Tennessee Bar No. 012122 | KIRSTIN E. MULLER |
| PETER F. KLETT | (*Admitted Pro Hac Vice*) |
| (*Admitted Pro Hac Vice*) | California Bar No. 186373 |
| Tennessee Bar No. 012688 | ALISON M. HAMER |
| Fifth Third Center, Suite 800 | (*Admitted Pro Hac Vice*) |
| 424 Church Street | California Bar No. 258281 |
| Nashville, TN 37219 | BENJAMIN J. TREGER |
| | (*Admitted Pro Hac Vice*) |
| *Attorneys for Plaintiffs,* | California Bar No. 285283 |
| *Putative Collective Class Members* | Hirschfeld Kramer LLP |
| *and Putative Hawaii Class Members* | 233 Wilshire Boulevard, Suite 600 |
| | Santa Monica, California 90401 |
| | *Attorneys for Defendants* |

IT IS SO ORDERED:

_____
NANCY J. KOPPE
United States Magistrate Judge

DATED:_____

3