**MICHAEL N. FEDER**
Nevada Bar No. 7332
DICKINSON WRIGHT PLLC
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169
Telephone:     702-550-4440
Facsimile:      844-670-6009
Email:           mfeder@dickinson-wright.com

**MARTIN D. HOLMES** (*Pro Hac Vice*)
Tennessee Bar No. 012122
**PETER F. KLETT** (*Pro Hac Vice*)
Tennessee Bar No. 012688
DICKINSON WRIGHT PLLC
Fifth Third Center, Suite 800
Nashville, TN 37219
Telephone:     615-244-6538
Facsimile:      844-670-6009
Email:           mdholmes@dickinsonwright.com
                    pklett@dickinsonwright.com

**TREVOR W. HOWELL** (*Pro Hac Vice*)
Tennessee Bar No. 009496
HOWELL LAW, PLLC
P.O. Box 158511
Nashville, TN  37215
Telephone:     615-406-1416
Email: trevor@howelllawfirmllc.com

*Attorneys for Plaintiffs, Collective Class Members and Hawaii Class Members*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL GONZALEZ and JEFFREY HUGHES, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DIAMOND RESORTS INTERNATIONAL MARKETING, INC., DIAMOND RESORTS INTERNATIONAL, INC., DIAMOND RESORTS CORPORATION, and WEST MAUI RESORTS PARTNERS, L.P.,<br><br>Defendants. | Case No. 2:18-cv-00979-APG-NJK<br><br>STIPULATION AND ORDER EXTENDING THE DECEMBER 18, 2020 DEADLINE TO FILE AN AMENDED PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER |

Plaintiffs and Defendants HEREBY STIPULATE AND AGREE, by and through their respective counsel, as to the following:



1. On August 7, 2020, the parties filed a Stipulation and Order for a Stay of Proceedings until December 7, 2020, for the Parties to Prepare for and Attend Mediation. *Doc. 182*.

2. On August 10, 2020, the Court entered an Order granting the parties' request for a stay until December 7, 2020, and further, ordered the parties to submit a proposed discovery plan and scheduling order by December 18, 2020, in the event that mediation was unsuccessful. *Doc. 185*.

3. On December 7, 2020, the parties participated in mediation conducted by Steve Rottman, a highly regarded and prominent mediator in class and collective action cases. After approximately eight hours of mediation, the parties were still at an impasse and the mediation was adjourned.

4. At this time, settlement discussions are still ongoing between the mediator and the parties.

5. In addition, the parties are continuing to confer in good faith regarding the deadlines that may be contained in an amended proposed discovery plan and scheduling order.

6. Based on the foregoing, the parties submit that good cause exists to extend the deadline to file an amended proposed discovery plan and scheduling order by 10 days, from December 18, 2020, to December 28, 2020.

IT IS SO STIPULATED this 18th day of December, 2020.

| | |
|---|---|
| DICKINSON WRIGHT PLLC | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
| /s/ Martin D. Holmes | /s/ Benjamin J. Treger |
| MICHAEL N. FEDER<br>Nevada Bar No. 7332<br>3883 Howard Hughes Parkway<br>Suite 800<br>Las Vegas, NV 89169 | HOWARD E. COLE<br>Nevada Bar No. 4950<br>JENNIFER K. HOSTETLER<br>Nevada Bar No. 11994<br>BRIAN D. BLAKELY<br>Nevada Bar No. 13074<br>3993 Howard Hughes Pkwy, Suite 600<br>Las Vegas, NV 89169-5996 |
| MARTIN D. HOLMES<br>(*Admitted Pro Hac Vice*)<br>Tennessee Bar No. 012122<br>PETER F. KLETT<br>(*Admitted Pro Hac Vice*)<br>Tennessee Bar No. 012688<br>Fifth Third Center, Suite 800<br>424 Church Street<br>Nashville, TN 37219 | KIRSTIN E. MULLER<br>(*Admitted Pro Hac Vice*)<br>California Bar No. 186373<br>ALISON M. HAMER<br>(*Admitted Pro Hac Vice*)<br>California Bar No. 258281<br>BENJAMIN J. TREGER<br>(*Admitted Pro Hac Vice*)<br>California Bar No. 285283<br>Hirschfeld Kramer LLP<br>233 Wilshire Boulevard, Suite 600<br>Santa Monica, California 90401 |
| TREVOR W. HOWELL<br>(*Admitted Pro Hac Vice*)<br>Howell Law, PLLC<br>P.O. Box 158511<br>Nashville, TN 37215 | *Attorneys for Defendants* |
| *Attorneys for Plaintiffs,*<br>*Collective Class Members*<br>*and Hawaii Class Members* | |

Based on the parties' stipulations, and for good cause shown, it is hereby ORDERED that the deadline for the parties to file an amended proposed discovery plan and scheduling order shall be and is hereby extended from December 18, 2020, to December 28, 2020.

IT IS SO ORDERED:

_____
NANCY J. KOPPE
United States Magistrate Judge

DATED: December 18, 2020

