# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DANIEL GONZALEZ, et al.,

    Plaintiff(s),

v.

DIAMOND RESORTS INTERNATIONAL MARKETING, INC., et al.,

    Defendant(s).

Case No.: 2:18-cv-00979-APG-NJK

**Order**

[Docket Nos. 194, 195]

On August 10, 2020, this matter was stayed pending mediation. Docket No. 185. The mediation having now been completed, pending before the Court are the parties' competing proposed schedules for resuming the case. Docket Nos. 194, 195. In general terms, Defendants seek to put the parties back in the position they were when the stay was imposed, while Plaintiffs seek to revive the expired deadline to amend the pleadings and seek longer periods for the remaining deadlines. When the Court lifts a stay, it generally returns the parties to the *status quo* that existed when the stay was entered. *See, e.g.*, Docket No. 186 at 3 n.5. The Court is not persuaded by Plaintiffs' filing to chart a different course here.[1] Accordingly, the Court will return the parties to a position approximating the circumstances that existed when the stay was entered. Defendants' proposed schedule (Docket No. 194) is **GRANTED** and Plaintiffs' proposed schedule (Docket No. 195) is **DENIED**.

Deadlines are hereby **SET** as follows:

- Amend pleadings:  closed

---

[1] Plaintiffs reference a number of outstanding depositions. *See* Docket No. 195 at 6. To the extent not already under consideration, the Court reminds the parties of the potential for conducting such depositions by remote means to avoid delay. *See Swenson v. Geico Cas. Co.*, 336 F.R.D. 206, 210 (D. Nev. 2020).

- Initial experts:  January 24, 2021
- Rebuttal experts:  February 24, 2021
- Discovery cutoff:  March 26, 2021
- Dispositive motions:  April 26, 2021
- Joint proposed pretrial order:  May 22, 2021, or 30 days after resolution of dispositive motions

IT IS SO ORDERED.

Dated: December 29, 2020

_____
Nancy J. Koppe
United States Magistrate Judge