**MICHAEL N. FEDER**
Nevada Bar No. 7332
DICKINSON WRIGHT PLLC
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169
Telephone:   702-550-4400
Facsimile:   844-670-6009
Email:   mfeder@dickinson-wright.com

**MARTIN D. HOLMES** (*Pro Hac Vice*)
Tennessee Bar No. 012122
**PETER F. KLETT** (*Pro Hac Vice*)
Tennessee Bar No. 012688
DICKINSON WRIGHT PLLC
Fifth Third Center, Suite 800
Nashville, TN 37219
Telephone:   615-244-6538
Facsimile:   844-670-6009
Email:   mdholmes@dickinsonwright.com
         pklett@dickinsonwright.com

**TREVOR W. HOWELL** (*Pro Hac Vice*)
Tennessee Bar No. 009496
HOWELL LAW, PLLC
P.O. Box 158511
Nashville, TN  37215
Telephone:   615-406-1416
Email:  trevor@howelllawfirmllc.com

*Attorneys for Plaintiffs, Collective Class Members and Hawaii Class Members*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL GONZALEZ and JEFFREY HUGHES, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DIAMOND RESORTS INTERNATIONAL MARKETING, INC., DIAMOND RESORTS INTERNATIONAL, INC., DIAMOND RESORTS CORPORATION, and WEST MAUI RESORTS PARTNERS, L.P.,<br><br>Defendants. | Case No. 2:18-cv-00979-APG-NJK<br><br>STIPULATION AND ORDER EXTENDING THE DEADLINE FOR PLAINTIFFS TO FILE THEIR OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND THE DEADLINE FOR DEFENDANTS TO FILE THEIR REPLY<br><br>(FIRST REQUEST) |

Plaintiffs Daniel Gonzalez and Jeffrey Hughes, on behalf of themselves and others similarly situated (collectively "Plaintiffs"), and Defendants Diamond Resorts International



1

Marketing, Inc. and West Maui Resorts Partners, L.P. (collectively "Defendants") (Plaintiffs and Defendants are collectively referred to as "the Parties"), by and through their respective counsel, hereby submit this Stipulation and Order extending the deadline for Plaintiffs to file their opposition to Defendants' Motion for Summary Judgment by seven days and extending Defendants' deadline to file their reply by a mutual, corresponding, seven days.  Defendants filed their Motion for Summary Judgment on March 19, 2021.  (ECF No. 202.)  Plaintiffs' opposition is due by April 9, 2021.  This is the Parties' first request to extend the deadlines for Plaintiffs to file their opposition to Defendants' Motion for Summary Judgment and for Defendants to file their reply to Plaintiffs' opposition to Defendants' Motion for Summary Judgment.

The Parties HEREBY STIPULATE AND AGREE as to the following:

1. On March 19, 2021, Defendants filed their Motion for Summary Judgment (ECF No. 202) and Plaintiffs' opposition is due on or before April 9, 2021.

2. Plaintiffs' lead counsel, Martin Holmes, is traveling out of state from his home on April 5, 2021, to undergo medical testing that week and a surgical procedure under general anesthesia on April 9, 2021, the due date of Plaintiffs' Opposition.  Mr. Holmes is scheduled to return to home on April 12, 2021.

3. During the time period between April 5, 2021 and April 12, 2021, Mr. Holmes will have limited access to emails and other communication with co-counsel and staff, and will not be in the office during the week of April 5 – 9, 2021, to oversee the completion and filing of Plaintiffs' opposition to Defendants' Motion for Summary Judgment.

4. Plaintiffs' counsel has conferred with Defendants' counsel.  In light of the circumstances, the Parties submit that good cause exists for a mutual, seven-day, expansion of the briefing schedule and extension of the filing deadlines.  Specifically, Plaintiffs would have four weeks instead of three weeks to submit their opposition, which extends their deadline from April 9, 2021, to April 16, 2021.  Likewise, Defendants would have three weeks instead of two weeks



to submit their reply, which extends their deadline from April 30, 2021 to May 7, 2021.[1] The requested extensions should not cause any material delay in these proceedings.

5. Based on the foregoing, the Parties stipulate that Plaintiffs' opposition to Defendants' Motion for Summary Judgments shall be filed on or before April 16, 2021 and Defendants reply to Plaintiffs' opposition to Defendants' Motion for Summary Judgment shall be filed on or before May 7, 2021.

IT IS SO STIPULATED this 31st day of March, 2021.

DICKINSON WRIGHT PLLC

/s/ Martin D. Holmes
MICHAEL N. FEDER
Nevada Bar No. 7332
3883 Howard Hughes Parkway
Suite 800
Las Vegas, NV 89169

MARTIN D. HOLMES
(*Admitted Pro Hac Vice*)
Tennessee Bar No. 012122
PETER F. KLETT
(*Admitted Pro Hac Vice*)
Tennessee Bar No. 012688
Fifth Third Center, Suite 800
424 Church Street
Nashville, TN 37219

TREVOR W. HOWELL
(*Admitted Pro Hac Vice*)
Howell Law, PLLC
P.O. Box 158511
Nashville, TN 37215

*Attorneys for Plaintiffs, Collective Class Members and Hawaii Class Members*

LEWIS ROCA ROTHGERBER CHRISTIE LLP

/s/ Ferry Eden Lopez
HOWARD E. COLE
Nevada Bar No. 4950
JENNIFER K. HOSTETLER
Nevada Bar No. 11994
BRIAN D. BLAKELY
Nevada Bar No. 13074
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

KIRSTIN E. MULLER
(*Admitted Pro Hac Vice*)
California Bar No. 186373
ALISON M. HAMER
(*Admitted Pro Hac Vice*)
California Bar No. 258281
BENJAMIN J. TREGER
(*Admitted Pro Hac Vice*)
California Bar No. 285283
FERRY EDEN LOPEZ
(*Admitted Pro Hac Vice*)
California Bar No. 27480
Hirschfeld Kramer LLP
233 Wilshire Boulevard, Suite 600
Santa Monica, California 90401

*Attorneys for Defendants*

Based on the Parties' stipulations, and for good cause shown, it is hereby ORDERED that the Plaintiffs' opposition to Defendants' Motion for Summary Judgment shall be filed on or before

---

[1] Pursuant to Local Rule 7-2(b), Defendants' reply is due 14 days after service of Plaintiffs' response.



April 16, 2021 and Defendants' reply to Plaintiffs' opposition to Defendants' Motion for Summary Judgment shall be filed on or before May 7, 2021.

IT IS SO ORDERED:

_____
ANDREW P. GORDON
United States District Judge

DATED:   April 1, 2021

### CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2021, I caused a true and accurate copy of the foregoing STIPULATION AND ORDER EXTENDING THE DEADLINE FOR PLAINTIFFS TO FILE THEIR OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND THE DEADLINE FOR DEFENDANTS TO FILE THEIR REPLY to be filed with the Clerk of the Court via the Court's CM/ECF system, which sent an electronic copy of same to the following counsel of record:

HOWARD E. COLE
JENNIFER K. HOSTETLER
BRIAN D. BLAKELY
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

ALISON MEGAN HAMER (Admitted Pro Hac Vice)
BENJAMIN JOSEPH TREGER (Admitted Pro Hac Vice)
KIRSTIN ELISABETH MULLER (Admitted Pro Hac Vice)
FERRY EDEN LOPEZ (Admitted Pro Hac Vice)
HIRSCHFELD KRAMER LLP
233 Wilshire Boulevard, Suite 600
Santa Monica, California  90401

*Attorneys for Defendants*

/s/ Martin D. Holmes
Martin D. Holmes

4840-2102-7809 v1 [77850-1]

