**MICHAEL N. FEDER**
Nevada Bar No. 7332
DICKINSON WRIGHT PLLC
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169
Telephone:    702-550-4400
Facsimile:    844-670-6009
Email:    mfeder@dickinsonwright.com

**MARTIN D. HOLMES** (*Pro Hac Vice*)
Tennessee Bar No. 012122
**PETER F. KLETT** (*Pro Hac Vice*)
Tennessee Bar No. 012688
DICKINSON WRIGHT PLLC
Fifth Third Center, Suite 800
424 Church Street
Nashville, TN 37219
Telephone:    615-244-6538
Facsimile:    844-670-6009
Email:    mdholmes@dickinsonwright.com
         pklett@dickinsonwright.com

**TREVOR W. HOWELL** (*Pro Hac Vice*)
Tennessee Bar No. 009496
HOWELL LAW, PLLC
P.O. Box 158511
Nashville, TN 37215
Telephone: (615) 406-1416
Email:  trevor@howelllawfirmllc.com

*Attorneys for Plaintiffs, Collective Class Members and Hawaii Class Members*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL GONZALEZ and JEFFREY HUGHES, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DIAMOND RESORTS INTERNATIONAL MARKETING, INC., and WEST MAUI RESORTS PARTNERS, L.P.,<br><br>Defendants. | Case No. 2:18-cv-00979-APG-NJK<br><br>**PLAINTIFFS' UNOPPOSED MOTION TO EXCEED THE 30-PAGE LIMIT FOR PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Plaintiffs, on behalf of themselves, Opt-in Plaintiffs and Hawaii Class Members, submit this Unopposed Motion to Exceed the 30-page limit for Plaintiffs' Motion for Partial Summary

Judgment. For the reasons stated below and for good cause shown, the Court should grant Plaintiffs' Motion.

This is a conditionally certified nationwide collective action under the FLSA for unpaid wages, including overtime, and a certified Rule 23 state law class action for unpaid wages, including overtime, under the Hawaii Wage and Hour Law.

Currently, there are 798 individuals who have filed consents and joined this action as Opt-in Plaintiffs and 614 Hawaii Class Members in the action, including Plaintiff Gonzalez. *Ex. 1, Declaration of Martin Holmes ("Holmes Decl."), ¶ 2*.

On March 29, 2021, Defendants filed a Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment of the Certain Opt-in Plaintiffs and Hawaii Class Members Pursuant to FRCP 56. Defendants' Motion was 32 pages in length. *See ECF No. 202*.

On April 22, 2021, Defendants' counsel communicated with Plaintiffs' counsel, advising that Defendants plan to file a second motion for summary judgment, which collectively with the prior Motion referenced above, would exceed the 30-page limit under LR 7-3(a). Defendants' counsel inquired whether Plaintiffs would oppose a motion seeking a page extension for Defendants' second motion. *Ex. 1, Holmes Decl., ¶ 3*.

On April 23, 2021, Plaintiffs' counsel responded, indicating that Plaintiffs would not oppose Defendants' motion to exceed the 30-page limit, provided that Defendants would reciprocate and not oppose a similar request by Plaintiffs to exceed the 30-page limit for either a single motion for summary judgment or two separate motions, which collectively would exceed the 30-page limit. *Id., ¶ 4*.

Defendants' counsel indicated that Defendants would not oppose a similar request made by Plaintiffs' counsel to exceed the 30-page limit. *Id., ¶ 5*.

The current deadline to file dispositive motions is Monday, April 26, 2021. *See ECF No. 196, p. 2*.

Plaintiffs are preparing either a single motion for partial summary judgment or two separate motions for partial summary judgment on the following issues: 1) whether, as a matter of law, the

manner in which Defendants calculated overtime pay prior to April 1, 2018, violated the FLSA and the Hawaii Wage and Hour Law; and 2) whether, as a matter of law, Defendants are not covered by the retail or service establishment exemption contained in 207(i) of the FLSA. *Id.,* ¶ 6.

While Plaintiffs are diligently working not to exceed the 30-page limit, at this point, it appears that Plaintiffs' motion(s) will exceed 30 pages. Given the fact that this is a large collective and class action involving over 1,000 individuals and the complexity of the legal issues involved related to both liability and Defendants' affirmative defenses, Plaintiffs respectfully submit that good cause exists to permit Plaintiffs to exceed the 30-page limit. This is especially true in light of the fact that Defendants have already filed a motion for summary judgment which was 32 pages in length and plan to seek leave of the Court to file a second motion. *Id.,* ¶ 7.

Based on the foregoing, Plaintiffs respectfully request an order permitting Plaintiffs to file a single motion for summary judgment not to exceed 45 pages or alternatively, two motions for summary judgment which collectively do not exceed 45 pages.

Respectfully submitted,

DICKINSON WRIGHT PLLC

*/s/ Martin D. Holmes*
MICHAEL N. FEDER
Nevada Bar No. 7332
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV  89169

MARTIN D. HOLMES
(*Admitted Pro Hac Vice*)
Tennessee Bar No. 012122
Fifth Third Center, Suite 800
424 Church Street
Nashville, TN  37219

PETER F. KLETT
(*Admitted Pro Hac Vice*)
Tennessee Bar No. 012688
Fifth Third Center, Suite 800
424 Church Street
Nashville, TN  37219



TREVOR W. HOWELL
(*Admitted Pro Hac Vice*)
HOWELL LAW, PLLC
Tennessee Bar No. 009496
P.O. Box 158511
Nashville, TN 37215

*Attorneys for Plaintiffs, Opt-in Plaintiffs and Hawaii Class Members*

## ORDER

For good cause shown, it is hereby ORDERED that Plaintiffs' Motion to Exceed the 30-page limit is granted and Plaintiffs may file a single motion for summary judgment not to exceed 45 pages or alternatively, two motions for summary judgment which collectively do not exceed 45 pages.

IT IS SO ORDERED:

_____
ANDREW P. GORDON
United States District Judge

DATED: ___April 26, 2021___
Case No. 2:18-cv-00979-APG-NJK

4

# **CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2021, I caused a true and accurate copy of the foregoing PLAINTIFFS' UNOPPOSED MOTION TO EXCEED THE 30-PAGE LIMIT FOR PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT to be filed with the Clerk of the Court via the Court's CM/ECF system, which sent an electronic copy of same to the following counsel of record:

HOWARD E. COLE
JENNIFER K. HOSTETLER
BRIAN D. BLAKELY
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

ALISON MEGAN HAMER (Admitted Pro Hac Vice)
BENJAMIN JOSEPH TREGER (Admitted Pro Hac Vice)
KIRSTIN ELISABETH MULLER (Admitted Pro Hac Vice)
FERRY EDEN LOPEZ (Admitted Pro Hac Vice)
HIRSCHFELD KRAMER LLP
233 Wilshire Boulevard, Suite 600
Santa Monica, California 90401

*Attorneys for Defendants*

/s/ Martin D. Holmes
Martin D. Holmes

4852-0894-6150 v1 [77850-1]

