# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Daniel Gonzalez and Jeffrey Hughes, et al. | Case No.: 2:18-cv-979-APG-NJK |
| Plaintiffs, | **ORDER** |
| v. | |
| Diamond Resorts International Marketing, Inc., et al., | |
| Defendants. | |

The defendants shall file a response, if they have any, to the plaintiffs' motions to seal (ECF Nos. 217, 226 and 228) by June 8, 2021.

Dated: May 25, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE