# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL GONZALEZ, | Case No.: 2:18-cv-00979-APG-NJK |
| Plaintiff | **Order Granting Motions to Seal** |
| v. | [ECF Nos. 217, 221] |
| DIAMOND RESORTS INTERNATIONAL MARKETING, INC., et al., | |
| Defendants | |

Daniel Gonzalez and Jeffrey Hughes sue Diamond Resorts International Marketing, Inc. and West Maui Resorts Partners, L.P. (WMRP) under the Fair Labor Standards Act (FLSA) on behalf of themselves and similarly situated vacation counselors. The plaintiffs move to seal documents that the defendants have identified as confidential. Having reviewed the documents, compelling reasons support granting the motions to seal because the identified exhibits contain confidential business or financial information and the public need not see the details of these documents to understand the issues in this case. *See Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1097 (9th Cir. 2016).

I THEREFORE ORDER that the plaintiffs' motions to seal **(ECF Nos. 217, 221) are GRANTED**. ECF Nos. 218 and 220 shall remain sealed.

DATED this 2nd day of November, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE