UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL GONZALEZ,<br><br>   Plaintiff<br><br>v.<br><br>DIAMOND RESORTS INTERNATIONAL MARKETING, INC., et al.,<br><br>   Defendants | Case No.: 2:18-cv-00979-APG-NJK<br><br>**Order Denying Motions to Seal**<br><br>[ECF Nos. 226, 228] |

Daniel Gonzalez and Jeffrey Hughes sue Diamond Resorts International Marketing, Inc. and West Maui Resorts Partners, L.P. (WMRP) under the Fair Labor Standards Act (FLSA) on behalf of themselves and similarly situated vacation counselors. The plaintiffs move to seal documents that the defendants have identified as confidential. Having reviewed the documents, I see no compelling reasons to seal them and the parties have provided none. *See Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1097 (9th Cir. 2016).

I THEREFORE ORDER that the plaintiffs' motions to seal **(ECF Nos. 226, 228) are DENIED**.

I FURTHER ORDER the clerk of court to unseal ECF Nos. 227 and 229.

DATED this 2nd day of November, 2021.

                                                                                  _____
                                                                                  ANDREW P. GORDON
                                                                                  UNITED STATES DISTRICT JUDGE