## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL GONZALEZ,<br><br>    Plaintiff<br><br>v.<br><br>DIAMOND RESORTS INTERNATIONAL MARKETING, INC., et al.,<br><br>    Defendants | Case No.: 2:18-cv-00979-APG-NJK<br><br>**Order Denying as Moot Motion to Supplement**<br><br>[ECF No. 246] |

    Daniel Gonzalez and Jeffrey Hughes sue Diamond Resorts International Marketing, Inc. and West Maui Resorts Partners, L.P. (WMRP) under the Fair Labor Standards Act (FLSA) on behalf of themselves and similarly situated vacation counselors. The defendants move to supplement their motion to dismiss at ECF No. 199 to include a request to dismiss Steven Miller as an opt-in plaintiff. The defendants argue that Miller's consent form to opt in as a plaintiff was untimely, Miller signed a valid arbitration agreement, and the plaintiffs' counsel agreed to dismiss Miller but did not do so by the time the defendants filed this motion. In response, the plaintiffs withdrew Miller's consent form. ECF Nos. 247, 248.

    I deny the defendants' motion as moot because Miller's form has been withdrawn. I deny the defendants' request for attorneys' fees related to this motion because they raised the issue for the first time in their reply brief. *See Zamani v. Carnes*, 491 F.3d 990, 997 (9th Cir. 2007) ("The district court need not consider arguments raised for the first time in a reply brief.").

/ / / /

/ / / /

/ / / /

I THEREFORE ORDER that the defendants' motion to supplement **(ECF No. 246)** is **DENIED as moot**.

DATED this 2nd day of November, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE