UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL GONZALEZ, et al.,<br><br>    Plaintiff(s),<br><br>v.<br><br>DIAMOND RESORTS INTERNATIONAL MARKETING, INC., et al.,<br><br>    Defendant(s). | Case No. 2:18-cv-00979-APG-NJK<br><br>**Order**<br><br>[Docket No. 264] |

    Pending before the Court is a stipulation to extend the deadline to file the joint proposed pretrial order to 30 days after resolution of a motion for reconsideration. Docket No. 264. Motions for reconsideration are disfavored and are granted "sparingly." Local Rule 59-1(b); *Kona Enterps., Inc. v. Estate of Bishop*, 229 F.3d 877, 890 (9th Cir. 2000). The Court does not find the filing of Plaintiffs' motion for reconsideration to be sufficient grounds for suspending the joint proposed pretrial order deadline. *Cf. Kabo Tools Co. v. Porauto Co.*, 2013 WL 5947138, at *3 (D. Nev. Oct. 31, 2013) (denying motion to stay of discovery premised on motion for reconsideration). The stipulation also makes an alternative request to extend the current deadline in light of continuing discussions among counsel regarding the claims of specific opt-in Plaintiffs and class members. *See* Docket No. 264 at 5-6. The Court finds such circumstances establish good cause for a modest extension.

    Accordingly, the stipulation to extend is **GRANTED** in part and **DENIED** in part. The deadline for filing the joint proposed pretrial order is **EXTENDED** to March 28, 2022.

    IT IS SO ORDERED.

    Dated: January 26, 2022

                                                        Nancy J. Koppe
                                                     United States Magistrate Judge