1  Howard E. Cole
   State Bar No. 4950
2  Jennifer K. Hostetler
   State Bar No. 11994
3  LEWIS ROCA ROTHGERBER CHRISTIE LLP
   3993 Howard Hughes Pkwy., Suite 600
4  Las Vegas, NV  89169-5996
   Tel:  702.949.8200
5  Fax:  702.949.8398
   E-mail: hcole@lrrc.com
6  E-mail: jhostetler@lrrc.com

7  Kirstin E. Muller*
   California State Bar No. 186373
8  Alison M. Hamer*
   California State Bar No. 258281
9  Ferry E. Lopez*
   California State Bar No. 274080
10 Benjamin J. Treger*
   California State Bar No. 285283
11 HIRSCHFELD KRAEMER LLP
   233 Wilshire Boulevard, Suite 600
12 Santa Monica, CA  90401
   Tel:  310.255.0705
13 Fax:  310.266.0986
   E-mail: kmuller@hkemployment.com
14 E-mail: ahamer@hkemploymentlaw.com
   E-mail: flopez@hkemploymentlaw.com
15 E-mail: btreger@hkemploymentlaw.com
   *Has complied with LR IA 11-2
16
   *Attorneys for Defendants*
17

18              UNITED STATES DISTRICT COURT
                    DISTRICT OF NEVADA
19

20 DANIEL GONZALEZ and JEFFREY          Case No.  2:18-cv-00979-APG-NJK
   HUGHES,
21
              Plaintiffs,
22                                       **STIPULATION OF DISMISSAL AS TO
   vs.                                   CERTAIN OPT-IN PLAINTIFFS AND
23                                       HAWAII CLASS MEMBERS, AND
   DIAMOND RESORTS INTERNATIONAL         ORDER**
24 MARKETING, INC., DIAMOND
   RESORTS INTERNATIONAL, INC.,
25 DIAMOND RESORTS CORPORATION,
   and WEST MAUI RESORTS PARTNERS,
26 L.P.,

27            Defendants.

28

4871-0483-8157

Pursuant to LR IA 6-2 and the Court's Order Granting in Part Motion for Summary Judgment [ECF No. 259], the Parties hereby stipulate that the following FLSA Opt-In Plaintiffs and Hawaii Class Members are dismissed from this action because they (1) filed for bankruptcy protection and lack standing to assert their FLSA and/or Hawaii class claims, (2) released their claims, and/or (3) are time barred from asserting their FLSA claims.

## I.      FLSA Opt-In Plaintiffs Who Lack Standing Due to Their Bankruptcy Filings

Pursuant to the Court's Order (ECF No. 259, at 9:17-10:12), the Parties stipulate that the following individuals' claims under the FLSA are dismissed.

1. Ott Ashton

2. Sherry R. Avery-Andrade

3. Daniel James Bennett

4. Robyn Rene Corkhill

5. Cindy S. Delicce

6. Gonzalo Gonzalez De Orense

7. Howard Guidry Jr.

8. Arthur L. Grimes

9. Debbie L. Harrell

10. Sean K. Hornbeck

11. Chanel LaCroix

12. Vera E. Lambert

13. Robert Langdeau

14. John McCollister

15. McLean R. Middleton

16. Thomas L. Miles, Jr

17. Yolanda R. Monroe

18. Donald Rhodes

1

19. Kharamdeo Singh

20. Johan Van Arde

21. Slobodan Vranjes

22. Estelle J. Walker

23. Christopher Cine Weaver

24. Debra Regina Baker

25. Olmedo Vasquez-Saaverda

26. Leshon Walker

27. Richard Zicker

**II.     Hawaii Class Members Who Lack Standing Due to Their Bankruptcy Filings**

Pursuant to the Court's Order (ECF No. 259, at 9:17-10:12), the Parties stipulate that the following individuals' claims under the Hawaii Rev. Statutes are dismissed.

1.  Bacus, David Aaron Kamuela

2.  Brown, Michael John

3.  Combs, Sean Lee

4.  Galvez, Deborah Anne

5.  Hall, Christa Dee

6.  Maiorino, Pierpaolo

7.  Mueller, Beau

8.  Rasmussen, Ryan Alan

9.  Smith, Berry Brown Cushing

10. Tinsley, Terry Richard

11. Johan Van Arde

12. Watson, Kevin Mark

13. Christopher Cine Weaver

14. Zogby, Michael John

1        15. Poulsen, Eric David

2

3    **III.    FLSA Opt-In Plaintiffs Who are Partially Dismissed Due to Their Bankruptcy Filings**

4        Pursuant to the Court's Order (ECF No. 259, at 8:5-13), the Parties stipulate that the

5    following individuals' claims under the FLSA are dismissed up to the dates specified below, and

6    their "claims that arose after their bankruptcy proceeding was discharged or dismissed" will remain

7    in the action.

8        1.   Brindisi Baker (claim dismissed for period prior to 4/12/17)

9        2.   Richard Budzinski (claim dismissed for period prior to 8/2/16)

10       3.   Joseph E. Farmer (claim dismissed for period prior to 4/12/18)

11       4.   Ashraf M. Hantira (claim dismissed for period prior to 1/18/17)

12       5.   Walter Larrea Illanez, JR (claim dismissed for period prior to 1/15/19)

13       6.   Noelle M. Johnson (claim dismissed for period prior to 4/25/16)

14       7.   Michelle I. Kelly (claim dismissed for period prior to 1/8/18)

15       8.   Suzy C. Maier (claim dismissed for period prior to 3/27/18)

16       9.   Vickie L. O'Neal (claim dismissed for period prior to 7/12/16)

17       10. Orlando R. Robinson  (claim dismissed for period prior to 2/9/18)

18       11. Miodrag Stokuca (claim dismissed for period prior to 11/22/17)

19       12. Ricky Triplett (claim dismissed for period prior to 10/19/16)

20       13. Muriel C. Wallace (claim dismissed for period prior to 3/29/17)

21

22   **IV.    Hawaii Class Members Who are Partially Dismissed Due to Their Bankruptcy Filings**

23       Pursuant to the Court's Order (ECF No. 259, at 8:5-13), the Parties stipulate that the

24   following individuals' claims under the Hawaii Rev. Statutes up to the dates specified below are

25   dismissed, and their "claims that arose after their bankruptcy proceeding was discharged or

26   dismissed" will remain in the action.

27       1.   Aasand, Rebecca Marie (claim dismissed for period prior to 7/7/15)

28       2.   Aghabekia, Mickey (claim dismissed for period prior to 8/22/16)

3

3.  Bahouth, Jed James (claim dismissed for period prior to 5/1/13)

4.  Bayles, Anthony Paul (claim dismissed for period prior to 7/12/16)

5.  Bowers, Douglas Lee (claim dismissed for period prior to 2/19/15)

6.  Clark, Cheyenne (claim dismissed for period prior to 11/4/14)

7.  Edison, Coletta Anzalone (claim dismissed for period prior to 6/6/17)

8.  Favors, Eddie Roy Jr (claim dismissed for period prior to 10/6/15)

9.  Greger, Roberta L. (claim dismissed for period prior to 11/20/19)

10. Grubb, Corey B (claim dismissed for period prior to 8/4/15)

11. Illanez JR, Walter Larrea (claim dismissed for period prior to 1/15/19)

12. Johnson, Scott Harmon (claim dismissed for period prior to 12/8/15)

13. Kahoohanohano, Jodi (claim dismissed for period prior to 8/6/13)

14. Karpf, Paul Daniel (claim dismissed for period prior to 6/22/15)

15. Keyhani, Laura Elizabeth (claim dismissed for period prior to 3/9/16)

16. Llorach, Alejandro (claim dismissed for period prior to 7/18/17)

17. Norman, John Allen (claim dismissed for period prior to 12/23/15)

18. Poulsen, Eric David (claim dismissed for period prior to 2/11/14)

19. Reno, Jennifer Clair (claim dismissed for period prior to 9/3/14)

20. Tanoai, Chelsey Marie (claim dismissed for period prior to 3/4/17)

## V.     FLSA Opt-In Plaintiffs Who are Dismissed Due to Collateral Estoppel

Pursuant to the Court's Order (ECF No. 259, at 6:3-5), the Parties stipulate that the following individuals' claims under the FLSA are dismissed.

1. Aljabi, Jamal

2. Almstead, Regina

3. Aly Silver Khaled

4. Baldus, Edward Fermin

5. Bard, Arian Suzanne

4

| | |
|---|---|
| 1 | 6. Becker, Jane |
| 2 | 7. Benfatti, Ellen Marriette |
| 3 | 8. Berger, Dawn Noelle |
| 4 | 9. Blum, Susan Dale |
| 5 | 10. Bobo, Elliott Wyatt |
| 6 | 11. Bogard, Cheryl Lisa |
| 7 | 12. Bolden, Demetria Jo |
| 8 | 13. Brown, Kathleen Marie |
| 9 | 14. Burke, Paul Brian |
| 10 | 15. Burns, Patrick Ross |
| 11 | 16. Caraballo, Nelson |
| 12 | 17. Carroll, William Ronald |
| 13 | 18. Charbonneau, Kent James |
| 14 | 19. Clark, Carol Ann |
| 15 | 20. Cleaver, Donna Jean |
| 16 | 21. Colbert, Stanley Antione |
| 17 | 22. Collins, Farideh |
| 18 | 23. Collins, Jan L |
| 19 | 24. Conklin, Kimberly Bernice |
| 20 | 25. Connolly, Stephen Francis |
| 21 | 26. Cromwell, Robert G. |
| 22 | 27. Delevie, Todd David |
| 23 | 28. Delicce, Cindy Sue |
| 24 | 29. Demmer, Jonnie Lynn |
| 25 | 30. Dempsey, Maria Ellen |
| 26 | 31. Divac, Deborah Lou |
| 27 | 32. Eisenstecken, Monica Rose |
| 28 | 33. Erum, Tahira |

5

34. Falcon, Jeffrey Louis Kenneth

35. Farley, Reginald Thomas

36. Figueroa, Felix Vicente

37. Figueroa, Shirley

38. Fitzhugh, Michael Anthony

39. French, Dayna Genise

40. Friessen, Kathleen Smith

41. Fuery, Shirley

42. Fyffe, Pamela Sue

43. Garrido Sean N

44. Goldstein, Michael Aaron

45. Gonzalez, De Orense Gonzalo Andres

46. Gonzalez, Daniel Alberto

47. Griner, Kami

48. Harrington, Vonda Kay

49. Harwick, Tammara Lynnae

50. Hazeltine, Randall Scott

51. Heine, Thomas Leslie

52. Heinze Michael D

53. Herndon,, Corinne Grant

54. Heusser, Michael Garold

55. Hojhalli, Altin

56. Hurley, Dorian Lee

57. Hyde, Irene Desoto

58. Javadiaghdam, Mehdi

59. Johnson, Allena Djundaidi

60. Johnson, Noelle Marisa

61. Johnson, Shawn Michael

6

| | |
|---|---|
| 1 | 62. Jones, Arlene Dawn |
| 2 | 63. Joseph, Harrington Abbie S L |
| 3 | 64. Kelly, Kenneth W |
| 4 | 65. Kelly, Michelle Irene |
| 5 | 66. Kelly, Patricia Louise |
| 6 | 67. Kimble, Christina Louise |
| 7 | 68. Kolbeck, Eileen Louise |
| 8 | 69. LaCroix, Chanel Antionette |
| 9 | 70. Landis, Cynthia Reeve |
| 10 | 71. Langlois, Mike |
| 11 | 72. Lewis, Robert David |
| 12 | 73. Lim, Janice |
| 13 | 74. Lindstrom, Brian Christopher |
| 14 | 75. Linn, Roberta Aline |
| 15 | 76. Louka, Joshua Emile |
| 16 | 77. Margarini, Diane Maye |
| 17 | 78. Marston, Christian John |
| 18 | 79. Mayo, William Edward III |
| 19 | 80. McCray, Joshua Jr |
| 20 | 81. McGeehon, Cory Wayne |
| 21 | 82. Mitchell, Patrick |
| 22 | 83. Moles, Nicholas S. |
| 23 | 84. Montani, Daniela |
| 24 | 85. Moore, Abeda M. |
| 25 | 86. Mutz, Jo Anne |
| 26 | 87. Nichols, Loree Renee |
| 27 | 88. Njegovec, Klementina |
| 28 | 89. Olsen, James Jensen |

7

| | |
|---|---|
| 1 | 90. Onody, Barry Allan |
| 2 | 91. Ottaviano, Toni Yvonne |
| 3 | 92. Parker, Robert Louis |
| 4 | 93. Payne, Jason T |
| 5 | 94. Peterson, Ryan Michael |
| 6 | 95. Petty, Ronald W |
| 7 | 96. Piper, William Francis |
| 8 | 97. Puggioni, Carmen Iris |
| 9 | 98. Qualls, Devon Albert |
| 10 | 99. Read, Stephen |
| 11 | 100. Regalado, Frank Thomas |
| 12 | 101. Reynolds, Kathryn Lyn |
| 13 | 102. Riedell, Raeleen Susanne |
| 14 | 103. Saigali, James Elias |
| 15 | 104. Sanchez Ruth Lynn |
| 16 | 105. Saucedo,, Aguayo Irma |
| 17 | 106. Sepulveda, Roberto Antonio |
| 18 | 107. Serebrenik, Andrew Bradford |
| 19 | 108. Shell, Brian Jeffrey |
| 20 | 109. Shoemaker, Jennifer Lynn |
| 21 | 110. Shook, Jeffrey Thomas |
| 22 | 111. Silverio, Nicole Anne |
| 23 | 112. Slutsky, Alan Martin |
| 24 | 113. Smith, Timothy Mitchell |
| 25 | 114. Sosa, Nicholas Anthony |
| 26 | 115. Spano, Kathleen Ann |
| 27 | 116. Thomas, Damon Theodore |
| 28 | 117. Tomke, Johnna Jayne |

8

118. Tsvetanova, Desislava Emilova

119. Varney, Marjie Szubert

120. Vertucci, Maria

121. Walker, Leslie Ann

122. Watkowski, David Joseph

123. Weaver, Suzanne

124. Weierbach, Wayne William

125. Whorton Micah James

126. Wooten, Thomas John

127. Yates,, Brandt Alan

128. Zummo, Evonne Filer

**VI.      FLSA Opt-In Plaintiffs and Hawaii Class Members Who are Dismissed Due to Individual Settlements**

Pursuant to the Court's Order (ECF No. 259, at 6:8-13), the Parties stipulate that the following individuals' claims under the FLSA and Hawaii Rev. Statutes are dismissed.

1. Mary Bowling

2. Silver Aly

3. Jeffrey Barclay

4. Natasha Vea

5. Maxwell Miller

**VII.      FLSA Opt-In Plaintiffs Who are Dismissed Due to Statute of Limitations**

Pursuant to the Court's Order (ECF No. 259, at 14:6-14), the Parties stipulate that the following individuals' claims under the FLSA are dismissed.

1. Ott Ashton

2. Lisa Bauer

3. Jeremy Lynn Bennett

4. Taz Gregory Black

9

5.  Raymond James Byerly

6.  Andrea Quintino Campos

7.  Olga Lucia Costello

8.  Jonnie Lynn Demmer

9.  Felix Vicente Figueroa

10. Daniel Andrew Fogle

11. Lisa Marie Franzone

12. Scott Brian Gayne

13. R Nadia Gilman

14. Elizabeth Mailene Gonzalez

15. Adam Christopher Hegi

16. Angello E Ibarra

17. Sonji Bonita Jones

18. Elias Maroun

19. Michael Brian Midgette

20. David Ronald Olesky

21. Vicki Lynn ONeal

22. Grant Andrew Perryman

23. Carmen Iris Puggioni

24. James Elias Saigali

25. Brian Stewart Stacey

26. William Joseph Tortorella

27. Adam T Treat

28. Mary Donna Vollmer

29. Malgorzata J Walas

30. Ashley Frances Wellman

1    31. Letitia Marie White

2    IT IS SO STIPULATED this 10th day of February 2022.

3    HIRSCHFELD KRAEMER LLP                    DICKINSON WRIGHT PLLC

4

5
          _____/s/ Ferry Lopez_____           _____/s/ Martin D. Holmes_____
6    KIRSTIN E. MULLER                          MARTIN D. HOLMES
     *(Admitted Pro Hac Vice)*                  *(Admitted Pro Hac Vice)*
7    California Bar No. 186373                  Tennessee Bar No. 012122
     ALISON M. HAMER                            PETER F. KLETT
8    *(Admitted Pro Hac Vice)*                  *(Admitted Pro Hac Vice)*
     California Bar No. 258281                  Tennessee Bar No. 012688
9    FERRY E. LOPEZ *(Admitted Pro Hac Vice)*   Fifth Third Center, Suite 800
     California Bar No. 274080                  424 Church Street
10   BENJAMIN J. TREGER                         Nashville, TN  37219
     *(Admitted Pro Hac Vice)*
11   California Bar No. 285283
     Hirschfeld Kraemer LLP                     MICHAEL N. FEDER
12   233 Wilshire Boulevard, Suite 600          Nevada Bar No. 7332
     Santa Monica, CA  90401                    DICKINSON WRIGHT PLLC
13                                              3883 Howard Hughes Parkway, Suite 800
     HOWARD E. COLE                             Las Vegas, NV  89169
14   Nevada Bar No. 4950
     JENNIFER K. HOSTETLER                      *Attorneys for Plaintiffs, Opt-in Plaintiffs and*
15   Nevada Bar No. 11994                       *Hawaii Class Members*
     3993 Howard Hughes Pkwy, Suite 600
16   Las Vegas, NV  89169-5996
17
18   *Attorneys for Defendants*

19                              **ORDER**

20        Based on the Parties' Stipulation, and for good cause shown, it is hereby ORDERED that

21   the Stipulation of Dismissal as to Certain Opt-In Plaintiffs and Hawaii Class Members be granted,

22   and the individuals identified in the Stipulation are dismissed from the action as specified above.

23                    IT IS SO ORDERED:

24

25

26   UNITED STATES DISTRICT JUDGE

27   DATED:  February 11, 2022

28

                                     11