# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL GONZALEZ and JEFFREY HUGHES,<br><br>Plaintiffs,<br><br>v.<br><br>DIAMOND RESORTS INTERNATIONAL MARKETING, INC., et al.,<br><br>Defendants. | Case No.: 2:18-cv-00979-APG-NJK<br><br>**Order** |

I ORDER that any response to the defendants' emergency motion to stay proceedings (ECF No. 272) must be filed by Friday, March 18, 2022. Any reply must be filed by Tuesday, March 22, 2022.

DATED this 14th day of March, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE