Howard E. Cole
State Bar No. 4950
Jennifer K. Hostetler
State Bar No. 11994
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, NV  89169-5996
Tel:  702.949.8200
Fax:  702.949.8398
E-mail: hcole@lrrc.com
Email: jhostetler@lrrc.com

Kirstin E. Muller*
California State Bar No. 186373
Alison M. Hamer*
California State Bar No. 258281
Ferry E. Lopez*
California State Bar No. 274080
Benjamin J. Treger*
California State Bar No. 285283
HIRSCHFELD KRAEMER LLP
233 Wilshire Boulevard, Suite 600
Santa Monica, CA  90401
Tel:  310.255.0705
Fax:  310.266.0986
E-mail: kmuller@hkemploymentlaw.com
E-mail: ahamer@hkemploymentlaw.com
E-mail; flopez@hkemploymentlaw.com
E-mail: btreger@hkemploymentlaw.com
*Has complied with LR IA 11-2

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT,
DISTRICT OF NEVADA**

| | |
|---|---|
| DANIEL GONZALEZ and JEFFREY HUGHES,<br><br>Plaintiffs,<br><br>vs.<br><br>DIAMOND RESORTS INTERNATIONAL MARKETING, INC., DIAMOND RESORTS INTERNATIONAL, INC., DIAMOND RESORTS CORPORATION, and WEST MAUI RESORTS PARTNERS, L.P.,<br><br>Defendants. | Case No. 2:18-cv-00979-APG-NJK<br><br>**ORDER RE: UNOPPOSED MOTION FOR PERMISSION FOR DEFENDANTS' COUNSEL TO APPEAR BY TELEPHONE** |

ORDER

Defendants Diamond Resorts International Marketing, Inc. and West Maui Resorts Partners, L.P. move for permission for their counsel, Kirstin E. Muller, Esq., to appear by telephone at the Final Fairness Hearing currently set for Tuesday, November 8, 2022, at 10:00 a.m. The motion is unopposed and good cause appearing therefore, I grant it and ORDER as follows:

1. For the purpose of this appearance, Ms. Muller can attend telephonically and will be reached at the following telephone number: (310) 255-1811. It is understood that it is her responsibility that she can be reached at this number on the date and time of the hearing.

IT IS SO ORDERED:

DATED: October 28, 2022

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE